**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 07-00105-01-CR-W-GAF |
| | ) | |
| **DAVID N. TAYLOR,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Now pending before the Court is Defendant's Motion to Suppress Statements (Doc. #29) which is being construed by the Court to be a Motion to Suppress. Defendant seeks to suppress all evidence seized and statements obtained as a result of his stop and arrest on the basis that such evidence was obtained in violation of his rights under the Fourth and Fourteenth Amendments to the United States Constitution.

On July 31, 2007, United States Magistrate Judge Sarah W. Hays conducted an evidentiary hearing on Defendant's motion. On August 27, 2007, United States Magistrate Judge Sarah W. Hays issued her Report and Recommendation (Doc. #38).

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Sarah W. Hays.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress (Doc. #29) is OVERRULED and DENIED.

SO ORDERED.

                                         s/ Gary A. Fenner
                                         GARY A. FENNER, JUDGE
                                         UNITED STATES DISTRICT COURT

DATED:   September 18, 2007