# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 07-00105-01-CR-W-GAF |
| DAVID N. TAYLOR, ) | |
| Defendant. ) | |

## ORDER DENYING *PRO SE* EMERGENCY MOTION FOR COMPASSIONATE RELEASE

Now pending before the Court is defendant's *pro se* Emergency Motion for Compassionate Release (Doc. #50) and *pro se* Motion to Appoint Counsel (Doc. #49). The Court having considered defendant's motion and considering all 18 U.S.C. § 3553 factors, including but not limited to the nature and circumstances of defendant's offense, his criminal history, the danger his release would present to the community, all relevant information in his pre-sentence report, the statutory and guideline range of punishment for his offense, together with the response of the Bureau of Prisons to the COVID-19 virus, defendant's request for Compassionate Release is DENIED.

IT IS FURTHER ORDERED that defendant's *pro se* Motion to Appoint Counsel (Doc. #49) is denied in that defendant is not entitled to counsel in a motion for compassionate release.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: February 22, 2021