Federal Correctional Institution
David Taylor 13682-045
F.C.I. Milan P.O. Box 1000
Milan, Michigan 48160



RECEIVED

2021 NOV 15 PM 12: 05

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY, MO

07-105
GAF

CD

⇔13682-045⇔
Charles E Whittaker
400 E 9TH ST
Kansas CITY, MO 64106
United States

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,

       Plaintiff,

v.                               Case No. 4:07-cr-00105-GAF-1

DAVID TAYLOR,

       Defendant.
_____/

## DEFENDANT DAVID TAYLOR'S VERIFIED MOTION FOR
## SENTENCE REDUCTION PURSUANT TO 18 U.S.C. 3582(c)(1)

Comes now Defendant David Taylor ("Defendant Taylor") and for his verified motion for sentence reduction pursuant to 18 U.S.C. 3582(c)(1) states:

### JURISDICTION, VENUE, EXHAUSTION

1. Defendant Taylor has exhausted all administrative remedies required as a condition precedent for filing a motion pursuant to 18 U.S.C. 3582(c)(1)(A)(i).

2. Specifically but without limitation, Defendant Taylor filed a BP8, Documentation of Informal Resolution, a copy of which is attached hereto as Exhibit "1."

3. Defendant Taylor then filed a BP9, formal request to the warden, dated 9-13-2021, a copy of which is attached hereto as Exhibit "2."

4. Under the DOJ-FBOP Program Statements, (PS) "Administrative Remedy Program" PS1330.18, (12) RESPONSE TIME 542.18, a warden ordinarily has 20 days to respond to a BP9.

5. Congress, in the enactment of 18 U.S.C. 3582(c)(1), provided that the right to file a motion would accrue by reason of the inaction of the warden, upon the expiration of 30 days after submission of the formal request by way of BP9.

6. The responsible warden did not respond to the said BP9 within 30 days of submission.

7. Therefore, Defendant Taylor has exhausted all administrative remedies required by the aforementioned 18 U.S.C. 3582(c)(1)(A)(i).

8. Furthermore, Defendant Taylor has exhausted all administrative remedies "available" to him, within the meaning of the law.

## FACTS SHOWING THAT RELIEF IS APPROPRIATE

9. Defendant on 01/20/2008 was sentenced to 240 months incarceration on Count 1 of the indictment, along with 10 years supervised release, on a charge of 21 U.S.C. 841(A)(1), (B)(1)(A) & 851 PWITD 50g or more of Methamphetamine Actual.

10. Defendant Taylor's current "Good Conduct Time" (GCT) release date is 03/12/2024.

11. Defendant Taylor is to his understanding eligible for 18 months time in reduced security confinement pursuant to the First Step Act of 2018, (FSA) 18 U.S.C. 3624(g).

12. The personnel at this prison won't even talk to inmates about FSA reduced security time credits. Defendant Taylor is not aware of any inmate at this prison actually being awarded FSA time credits.

13. My case manager came to me July 15, 2020 and told me I was going home. The case manager prepared and approved a relocation on me to go to Bella Vista, AR. They signed immediate home confinement paperwork in August 2020, during a "unit team" meeting. They told my father in July that I would be home in 30 days, but I never left.

14. My mother passed away August 26, 2020 right after I was told I was going home. I wasn't able to attend her funeral.

15. If Defendant Taylor had gotten the FSA credit to which he is entitled, and reasonable halfway house, he would already have been in some form of reduced security confinement.

16. Defendant Taylor has worked for over 10 years in Federal Prison Industries, (FPI) also known as "UNICOR." Defendant has primarily worked in Quality Assurance and Accounting.

17. Defendant Taylor has provided hundreds of thousands of dollars worth of labor, for which he is paid pittance.

18. Despite all his work for the DOJ-FBOP, Defendant Taylor cannot get basic dental care. Defendant Taylor is running out of teeth to chew with. This prison does not provide dentures or partials. Defendant Taylor has had 3 teeth cleanings in 12 years. Defendant Taylor has had none in the last 5 years, until 2 weeks ago, when he got a teeth cleaning out of the blue, which surprised and delighted him.

19. Worse yet, the DOJ-FBOP won't allow inmates to have ACCESS to reasonable dental care, even if they have enough money to pay for it on their own.

20. Good dental floss isn't available on commissary, or at least hasn't been for a very long time, making good dental hygiene much more difficult.

21. It is a virtual certainty that Defendant Taylor will not get the needed dental care while in prison.

22. Defendant Taylor has a bad left leg from a motorcycle wreck (2 plates - 24 screws) below the knee. He has a permanent bottom bunk pass due to these medical issues.

23. Defendant Taylor sleeps on a mat about 3" thick, with a "built in pillow" which is very uncomfortable and exacerbates the pain from his bad left leg, and also hurts his back and neck.

24. Defendant has asthma, for which he has 3 daily medications. Defendant also has allergies to feathers, dust, pollen, and mold, which are difficult to manage in a prison environment.

25. Defendant Taylor is currently enrolled in Jackson College. He has accrued 24 of

60 credit hours needed for an associate's degree in Business Management, with a 4.0 GPA.

26. Defendant Taylor is denied access to a computer to do his college work. Typewriters are available, for which each inmate must purchase a wheel and supplies of ribbon. Ribbon is drastically more expensive than toner, on a per page basis.

27. The Law Library is seldom available to inmates who work.

28. Congress in 28 U.S.C. 994(g) has provided that:

> (g) The Commission, in promulgating guidelines pursuant to subsection (a)(1) to meet the purposes of sentencing as set forth in section 3553(a)(2) of title 18, United States Code, shall take into account the nature and capacity of the penal, correctional, and other facilities and services available, and shall make recommendations concerning any change or expansion in the nature or capacity of such facilities and services that might become necessary as a result of the guidelines promulgated pursuant to the provisions of this chapter. The sentencing guidelines prescribed under this chapter shall be formulated to minimize likelihood that the Federal prison population will exceed the capacity of the Federal prisons, as determined by the Commission.

29. Federal prisons are seriously overcrowded and have been for literally decades.

30. Dental care in federal prisons generally, and this prison specifically, has been reduced to a mere shadow fo that contemplated by the directives of Congress in 28 U.S.C. 994(g).

31. If Defendant Taylor receives a reduction in sentence such that he can earn the wherewithal for his own medical and dental care, he will promptly devote as much of his earnings as he can reasonably spare, to remediating the identified medical and dental issues.

32. If Defendant Taylor was allowed to serve the remainder of his term as additional supervised release, he could earn enough money to at least fix the most pressing dental issues, although complete remediation would cost a lot and take a considerable period of time.

-4-

WHEREFORE, Defendant requests that his sentence be reduced to time served; alternatively for a reduction in security level, to additional supervised release or to home confinement, to be implemented within a specifically stated time from this Court's order; and for such other, further, or different relief as may be appropriate, whether or not specifically requested.

## VERIFICATION

Defendant David Taylor by his signature below pursuant to 28 U.S.C. 1746 declares under penalty of perjury that the foregoing facts are true and correct.

Respectfully Submitted,

By: _David Taylor_                    _10/28/2021_
                                      /Date

David Taylor, 13682-045
FCI Milan
P.O. Box 1000
Milan, MI. 48160

## CERTIFICATE OF SERVICE - PRISON MAILBOX RULE

Defendant by his signature above declares under penalty of perjury pursuant to 28 U.S.C. 1746 that on the date stated above he placed a copy of this pleading in the prison outgoing mail receptacle, with sufficiant First Class Postage attached, addressed to the clerk of the court for filing and service via CM/ECF.

-5-

# TABLE OF CONTENTS FOR ATTACHMENTS

2. BP8 from Exhibit #2                                    1

3. BP9 from Exhibit #3                                    2

9. Inmate Progress Report with Risk Assessment           3

12. Unit Team Sign on FSA                                 4

14. Mother's Obituary & E-mail                           5

22. Operative Report for injury & bottom bunk pass       6

24. Current Daily Medications                             7

25. Dean's List & College Report Card                     8

Letter of Recommendation                                 9

Letter from Father                                       10

Current Resume with CQIA Certification                   11

# 1

REMEDY # _____

Inmate's Name: ___DAVID TAYLOR_____

Registration Number: # __13682-045___ Housing Unit: __H__-UNIT TEAM__

## ATTEMPT AT INFORMAL RESOLUTION:

1. Briefly state the complaint and requested corrective actions.

Please file for me a motion for reduction of my sentence pursuant
to the First Step Act, (FSA) 10 USC §3582(c). I request that this
be done by an experienced lawyer based on all the best arguments
that could be made on my behalf after a thorough interview with me,
and quality research by an experienced researcher. If this is not
allowed please let me file my own motion.

Please assign me a DOJ-FBOP lawyer to file and prosecute a quality
motion for reduction of my sentence, under the FSA or such other
authority as may be appropriate. I would like to get immediate
release, alternatively the greatest possible reduction of my
sentence, as to time or security level or both. If this is not
allowed please let me file my own motion.

2. Document your efforts to resolve the matter to include policies reviewed. Note any reasons an
informal resolution could not be achieved.

UNABLE to INFORMALY RESOLVE AT THIS Level

Inmate Signature: _____ Date: _9-13-2021_

Inmate Printed Name: __DAVID TAYLOR__

Unit Counselor Signature: __D. Swetz__ Date: _9-13-2021_

Unit Counselor Printed Name: __D. Swetz__

*MUST SUBMIT DIRECTLY TO ^UNIT TEAM ^ TO PROCESS.

**2**

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

## REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: TAYLOR, DAVID N    13682-045    H    FCI MilAN

LAST NAME, FIRST, MIDDLE INITIAL         REG. NO.         UNIT         INSTITUTION

**Part A– INMATE REQUEST**

I request a motion pursuant to 18 USC §3582(c), expertly drafted by an experienced lawyer, utilizing all the best possible and potential arguments for all proper relief, including but not limited to reduction of sentence length or security level, from the least to the greatest arguably available under law. I request opportunity to consult, discuss, and explain, so that my request and interests are well represented and expertly argued by counsel raising the best and most meritorious issues, confidentially discussed between a lawyer who treats me as client and maintains appropriate confidentiality. If I am not to be accorded the use of counsel at government expense, please let me prepare and file my own motion.

9-13-2021

DATE

David Taylor

SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____    _____
DATE                           WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

                                                               CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____    _____    _____    _____
                 LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.         UNIT         INSTITUTION

SUBJECT: _____

_____    _____
DATE                           RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)
APRIL 1982

USP LVN

# **3**



# Summary Reentry Plan - Progress Report
### Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: TAYLOR, DAVID N  13682-045



| | |
|---|---|
| Facility: | MIL  MILAN FCI |
| Name: | TAYLOR, DAVID N |
| Register No.: | 13682-045 |
| Quarters: | H04-227L |
| Age: | 46 |
| Date of Birth: | 10-28-1973 |

| | |
|---|---|
| Custody Level: | IN |
| Security Level: | LOW |
| Proj. Rel Date: | 03-12-2024 |
| Release Method: | GCT REL |
| DNA Status: | OXF02484 / 12-11-2008 |

## Contact Information
Release contact & address
Don Taylor, FATHER
31 Dunedin Drive, Bella Vista, AR 72715 US
Phone (Home) : 816-863-9520

## Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 21:841(A)(1), (B)(1)(A) & 851 PWITD 50G OR MORE OF METHAMPHETAMINE ACTUAL | 240 MONTHS |

Date Sentence Computation Began:  01-30-2008
Sentencing District:  MISSOURI, WESTERN DISTRICT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit  - InOp Time |
|---|---|---|---|
| 0 /  0 /  0 | 702 | Years: 13 Months: 4 Days: | + 338  JC -0  InOp |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Program Plans

Inmate Taylor arrived to FCI Milan on February 24, 2010.

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MIL | U B O 1234 | ALL DAY IBO DEPT UNICOR | 02-18-2017 |

## Work Assignment Summary

Inmate Taylor has been working in Unicor since March 11, 2013, and regularly receives Outstanding work evaluations.

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MIL | ESL HAS | ENGLISH PROFICIENT | 07-17-2001 |
| MIL | GED HAS | COMPLETED GED OR HS DIPLOMA | 07-17-2001 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MIL | | PELL GRANT RECIPIENT - CURRENT | 01-13-2020 | CURRENT |
| MIL | | P1 ENG 131 MONDAY 1630-1930 | 01-13-2020 | CURRENT |
| MIL | | P1 FYS 131 TUESDAY 1630-1930 | 01-21-2020 | CURRENT |
| MIL | C | RPP2 QUALITY IMPROVEMENT ASSOC | 09-25-2019 | 02-21-2020 |
| MIL | C | RPP6 GARDENING PROGRAM | 05-13-2017 | 05-14-2017 |
| MIL | C | RPP1 YOGA T.B.A. | 10-26-2015 | 12-16-2015 |
| MIL | C | RPP6 GARDENING PROGRAM | 03-29-2014 | 05-10-2014 |
| MIL | C | GARDENING | 03-30-2013 | 04-29-2013 |
| MIL | C | VOLUNTARY ALCOHOL ANONYMOUS | 05-05-2011 | 02-28-2013 |
| MIL | C | 5S WORKPLACE ORG TRAINING | 04-09-2012 | 04-16-2012 |
| MIL | C | UNICOR BLUE PRINT ACE | 05-07-2012 | 05-14-2012 |

Case 4:07-cr-00105-GAF   Document 63   Filed 11/15/21   Page 13 of 40

**Summary Reentry Plan - Progress Report**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: TAYLOR, DAVID N 13682-045

SEQUENCE: 00191509
Report Date: 07-15-2020



| SubFacl | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| MIL | C | UNICOR GAGE READING A.C.E. | 04-30-2012 | 05-07-2012 |
| MIL | C | UNICOR SIX SIGMA A.C.E. | 04-09-2012 | 04-16-2012 |
| MIL | C | UNICOR LEAN REFERENCE A.C.E. | 04-09-2012 | 04-16-2012 |
| MIL | C | GARDENING | 04-24-2012 | 06-03-2012 |
| MIL | C | UNICOR BLUE PRINT TRAINING | 04-23-2012 | 04-27-2012 |
| MIL | C | COMMERC DRV LIC TUE 530-730 PM | 08-23-2011 | 09-13-2011 |
| MIL | C | CAREER RES CTR COMPTR TRAINING | 09-01-2010 | 09-01-2010 |
| OXF | C | YOGA 1 WELLNESS CLASS | 08-01-2009 | 10-24-2009 |
| OXF | C | YOGA CLASSES | 05-01-2009 | 08-04-2009 |
| OXF | C | HISTORY OF COMEDY IN FILMS | 01-17-2009 | 03-21-2009 |
| OXF | C | INTRO TO ENGLISH (ACE) | 01-13-2009 | 03-24-2009 |
| OXF | C | PATRIOTISM IN FILM | 10-09-2008 | 12-18-2008 |
| OXF | C | HISTORY OF SCIENCE FICTION | 10-07-2008 | 12-09-2008 |
| OXF | C | READING CLASS ON ANTAGONIST VS | 07-16-2008 | 09-03-2008 |
| OXF | C | HEALTH FAIR (FCI) | 07-07-2008 | 07-07-2008 |

## Education Information Summary

Inmate Taylor has complete numerous Release Preparation Planning classes. He is enrolled in Jackson College, and completed several Unicor ACE classes.

## Discipline Reports

| Hearing Date | Prohibited Acts |
|--------------|-----------------|
| 03-26-2010 | 310 : BEING ABSENT FROM ASSIGNMENT |

## Discipline Summary

Inmate Taylor received an incident report in 2010. He is respectful to staff and inmates and is not considered a management problem.

## ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|------|-----------|--------|-------|------|
| MIL | A-DES | OTHER AUTH ABSENCE RETURN | 02-04-2013 | CURRENT |
| MIL | A-DES | OTHER AUTH ABSENCE RETURN | 11-02-2011 | 02-04-2013 |
| MIL | A-DES | TRANSFER RECEIVED | 02-24-2010 | 11-02-2011 |
| OXF | A-DES | US DISTRICT COURT COMMITMENT | 05-08-2008 | 02-04-2010 |

## Current Care Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 07-25-2019 |
| CARE1-MH | CARE1-MENTAL HEALTH | 06-22-2010 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| LOWER BUNK | LOWER BUNK REQUIRED | 07-25-2019 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 05-02-2019 |
| YES F/S | CLEARED FOR FOOD SERVICE | 03-04-2010 |

## Current PTP Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| NO ASSIGNMENTS | | |

## Current Drug Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| DRG I NONE | NO DRUG INTERVIEW REQUIRED | 06-05-2008 |

## Physical and Mental Health Summary

Inmate Taylor has the medical restriction of lower bunk.

## FRP Details

Case 4:07-cr-00105-GAF   Document 63   Filed 11/15/21   Page 14 of 40

**Summary Reentry Plan - Progress Report**
SEQUENCE: 00191509
Dept. of Justice / Federal Bureau of Prisons
Report Date: 07-15-2020
Plan is for inmate: TAYLOR, DAVID N  13682-045



| Most Recent Payment Plan |
|---|

**FRP Assignment:**     **COMPLT**     **FINANC RESP-COMPLETED**     **Start:** 12-03-2008

**Inmate Decision:**   **AGREED**     **$100.00**     **Frequency:** **SINGLE**

**Payments past 6 months:**     **$0.00**     **Obligation Balance:** **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 3 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |

**Financial Responsibility Summary**

| Inmate Taylor has paid his assessments in full. |
|---|

**Release Planning**

| Inmate Taylor was sentenced in Western Missouri. He will need a relocation to Arkansas prior to referral for home confinement. |
|---|

**General Comments**

| ** No notes entered ** |
|---|

Case 4:07-cr-00105-GAF   Document 63   Filed 11/15/21   Page 15 of 40



**Summary Reentry Plan - Progress Report**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: TAYLOR, DAVID N  13682-045

SEQUENCE: 00191509
Report Date: 07-15-2020

Name: TAYLOR, DAVID N
Register Num: 13682-045
Age: 46
Date of Birth: 10-28-1973
DNA Status: OXF02484 / 12-11-2008

Inmate   (TAYLOR, DAVID N, Register Num: 13682-045)

Date

Chairperson

Case Manager

Date

Date

# MALE PATTERN RISK SCORING

| Register Number: | 13682-045 | Date: | 3/22/2021 |
|---|---|---|---|
| Inmate Name: | Taylor, David N. | | |

| MALE RISK ITEM SCORING | CATEGORY | GENERAL SCORE | Enter Score | VIOLENT SCORE | Enter Score |
|---|---|---|---|---|---|
| **1. Current Age** | > 60 | 0 | | 0 | |
| | 51-60 | 7 | | 4 | |
| 41-50 | 41-50 | 14 | 14 | 8 | 8 |
| Click on gray dropdown box to select, then click on dropdown arrow | 30-40 | 21 | | 12 | |
| | 26-29 | 28 | | 16 | |
| | < 26 | 35 | | 20 | |
| **2. Walsh w/Conviction** | No | 0 | | 0 | |
| No | Yes | 1 | 0 | 0 | 0 |
| **3. Violent Offense (PATTERN)** | No | 0 | | 0 | |
| No | Yes | 5 | 0 | 5 | 0 |
| **4. Criminal History Points** | 0 - 1 Points | 0 | | 0 | |
| 7 - 9 Points | 2 - 3 Points | 8 | | 4 | |
| | 4 - 6 Points | 16 | | 8 | |
| | 7 - 9 Points | 24 | 24 | 12 | 12 |
| | 10 - 12 Points | 32 | | 16 | |
| | > 12 Points | 40 | | 20 | |
| **5. History of Escapes** | None | 0 | | 0 | |
| > 10 Years Minor | > 10 Years Minor | 2 | 2 | 1 | 1 |
| | 5 - 10 Years Minor | 4 | | 2 | |
| | < 5 Years Minor/Any Serious | 6 | | 3 | |
| **6. History of Violence** | None | 0 | | 0 | |
| None | > 10 Years Minor | 1 | | 1 | |
| | > 15 Years Serious | 2 | | 2 | |
| | 5 - 10 Years Minor | 3 | 0 | 3 | 0 |
| | 10 - 15 Years Serious | 4 | | 4 | |
| | < 5 Years Minor | 5 | | 5 | |
| | 5 - 10 Years Serious | 6 | | 6 | |
| | < 5 Years Serious | 7 | | 7 | |
| **7. Education Score** | Not Enrolled | 0 | | 0 | |
| HS Degree / GED | Enrolled in GED | -2 | -4 | -1 | -2 |
| | HS Degree / GED | -4 | | -2 | |
| **8. Drug Program Status** | No DAP Completed | 0 | | 0 | |
| No Need | NRDAP Complete | -3 | -9 | -1 | -3 |
| | RDAP Complete | -6 | | -2 | |
| | No Need | -9 | | -3 | |
| **9. All Incident Reports  (120 months)** | 0 | 0 | | 0 | |
| 0 | 1 | 1 | 0 | 1 | 0 |
| | 2 | 2 | | 2 | |
| | > 2 | 3 | | 3 | |
| **10. Serious Incident Reports (120 months)** | 0 | 0 | | 0 | |
| 0 | 1 | 2 | 0 | 2 | 0 |
| | 2 | 4 | | 4 | |
| | > 2 | 6 | | 6 | |
| **11. Time Since Last Incident Report** | 12+ months or no incidents | 0 | | 0 | |
| 12+ months or no incidents | 7-12 months | 2 | 0 | 1 | 0 |
| | 3-6 months | 4 | | 2 | |
| | <3 | 6 | | 3 | |
| **12. Time Since Last Serious Incident Report** | 12+ months or no incidents | 0 | | 0 | |
| 12+ months or no incidents | 7-12 months | 1 | 0 | 1 | 0 |
| | 3-6 months | 2 | | 2 | |
| | <3 | 3 | | 3 | |
| **13. FRP Refuse** | NO | 0 | | 0 | |
| NO | YES | 1 | 0 | 1 | 0 |
| **14. Programs Completed** | 0 | 0 | | 0 | |
| >10 | 1 | -2 | | -1 | |
| | 2 - 3 | -4 | -8 | -2 | -4 |
| | 4 - 10 | -6 | | -3 | |
| | > 10 | -8 | | -4 | |
| **15. Work Programs** | 0 Programs | 0 | | 0 | |
| 1 Program | 1 Program | -1 | -1 | -1 | -1 |
| | >1 Program | -2 | | -2 | |
| **Total Score (Sum of Columns)** | | General: | 18 | Violent: | 11 |
| **General/Violent Risk Levels** | | General: | Low | Violent: | Low |

**OVERALL MALE PATTERN RISK LEVEL**

Low

# 4

# Attention H-Unit Inmates

## H-Unit Team will no longer answer any questions concerning:

## FSA Good Time, Compassionate release, or Risk assessment Pattern Scores.

## Please do not come in and ask us, we will not provide them.

**5**

Ⴑ

**Bella Vista Funeral Home and Crematory**

Who We Are (http://www.funeralmation.com/about)
Contact Us (http://www.funeralmation.com/contact)
Directions (http://www.funeralmation.com/locations)    Send Flowers (/send/flowers)
Bella Vista (479) 855-1611 (tel:(479) 8551611)

(/)    OBITUARIES (HTTP://WWW.FUNERALMATION.COM/OBITS)

PLAN A FUNERAL (HTTP://WWW.FUNERALMATION.COM/PLAN/FUNERAL)

PLAN AHEAD (HTTP://WWW.FUNERALMATION.COM/LIFE_CHOICES)    RESOURCES (HTTP://WWW.FUNERALMATION.COM/INFO)

# Cynthia Charlene (Coleman) Taylor of Bella Vista, Arkansas | 1953 - 2020 | Obituary



**Cynthia Charlene (Coleman) Taylor**

June 17, 1953 - August 26, 2020

Share this obituary

 0  0  (mailto:?subject=Obituary for Cynthia Charlene%20%28Coleman%29 Taylor&body=Obituary%20for%20Cynthia%20Charlene%20%28Coleman%29%20Taylor%0A%0AView%20details%20at%20http%3A%2F%2Fwww.funeralmation.com%2Fobituary%2Fcynthia-taylor%0A%0ABrought%20to%20you%20by%20Bella%20Vista%20Funeral%20Home%20and%20Crematory%0Ahttp%3A%2F%2Fwww.funeralmation.com%0A)

(http://www.funeralmation.com/obituary/cynthia-taylor/flowers)

*SEND FLOWERS*
Order Flowers
for the Family

*SEND A CARD*
Show Your Sympathy
to the Family

Send Flowers (http://www.funeralmation.com/obituary/cynthia-taylor/flowers)

Sign Guestbook    |    View Guestbook Entries (/guestbook/cynthia-taylor)
Send Sympathy Card (http://www.funeralmation.com/obituary/cynthia-taylor/cards)
(http://www.funeralmation.com/obituary/cynthia-taylor/cards)

**Cynthia Charlene (Coleman) Taylor**, formerly of Independence, MO passed away Wednesday, August 26, 2020 in Bentonville, Arkansas.

Cindy was born June 17, 1953 in Logan, IA, the youngest daughter to Sylvester and LaVona Coleman. As an RLDS (now Community of Christ) Missionary family, they moved frequently, so Cindy grew up in Iowa, Hawaii, California, Nebraska, Puerto Rico, and Illinois before moving to Independence to attend the Jenny Lund School of Nursing. While working in the offices of Doctors Vance Link and Beth Andes she met her husband, Donald W. Taylor of Independence, and they spent the next 34 years in the same home raising two sons; David and Derrick, and numerous rescued dogs. She retired in 2014 after 21 years with Kansas City Bone & Joint, and in 2017 they retired to Bella Vista, AR.

Cindy was preceded in death by her parents Sylvester & LaVona Coleman, and son Derrick Cline.

She is survived by husband Donald Taylor of Bella Vista, and son David Taylor, sister Sylvia Dennis of Boise, Idaho, brother Dennis Coleman of Plattsmouth, Nebraska and many cousins, nephews and nieces from the Crabb, Coleman, Dennis, Taylor and Heide clans.

Special thanks to the staff at Circle of Life Hospice Bentonville whose care, compassion and respect made clear why Hospice is one of Mankind's best ideas, and to Cindy's friend Hilary who came down and comforted both Cindy and Don.

Services will be arranged at a later date. We can fondly remember Cindy by taking the advice of her two favorite whacky movie characters; Bill & Ted, and "Be excellent to each other".

Arrangements are by Bella Vista Funeral Home and Crematory. Condolences may be expressed at www.funeralmation.com.

To send a flower arrangement to the family of **Cynthia Charlene (Coleman) Taylor**, please click here to visit our Sympathy Store (http://www.funeralmation.com/obituary/cynthia-taylor/flowers).

*Print Obituary (/obituaries/print?o_id=7113440)*

## Sign Guestbook

Name:    Name (required)

--------------------------------------------------------------------------------

FROM: TAYLOR, CINDY
TO: 13682045
SUBJECT: Mom
DATE: 08/26/2020 08:06:10 PM

David, Mom left us shortly after you talked to her. I know she heard your voice today, and that you made it easier for her. Call when you can and I'll tell you the details.

Love,

Dad

# 6

Independence Regional Health
Center
Independence, MO 64050

| Patient type: I | Location: I.3E | Room #: I.S391-1 |

## OPERATIVE REPORT

DATE OF ADMISSION: 07/28/2006

DATE OF PROCEDURE:

SURGEON: SOL H DUBIN, MD

ASSISTANT:

PREOPERATIVE DIAGNOSIS: Fracture of the lateral plateau and medial plateau of the left knee.

POSTOPERATIVE DIAGNOSIS: Fracture of the lateral plateau and medial plateau of the left knee.

PROCEDURE: Closed reduction and application of an external fixator.

DESCRIPTION OF PROCEDURE: I did check circulation and the pulses were fine on his left lower extremity. The leg was prepped and draped in the usual fashion and a tourniquet was applied. I then applied pins above and below the knee. The pins were put at a 45 degree angle in the distal femur and an approximately the same angle on the medial tibia distal from the fracture site. I applied the external fixator and I performed a closed reduction. With the closed reduction, x-rays showed the character of fracture much better. I did aspirate the knee and remove about 100 mL of blood and fat. I sewed the wounds. I sewed the openings around the pins and I then packed them and then checked pulses, they were fine. I did buddy tape the ring and middle fingers together because he had a spiral fracture of the ring metacarpal. The alignment of that ring metacarpal seemed to be fine. The patient was then taken to recovery room in good condition. The plan right now is to let the swelling come down and to perform definitive surgery later.

---

SOL H DUBIN, MD

IN: OP / I.MR / DUBSO / 25AD4 / 25AS3 / 25AB0
DD: 07/29/2006 18:44 CST   DT: 07/29/2006 19:39 CST
JOB: 28846 / 21337782

CC: SOL H DUBIN, MD, FAX: (816) 254-4641
    JOSEPH C EVANS, MD, FAX: (816) 254-1181

| FIN: I97261992960 | ADMIT DATE: 07/28/2006 | MRN: I00436028 |
| DOB: 10/28/1973 | DISCHARGE DATE: | NAME: TAYLOR, DAVID N |

Case 4:07-cr-00105-GAF   Document 63   Filed 11/15/21   Page 24 of 40

# Bureau of Prisons
## Health Services
## Medical Duty Status

| Reg #: | 13682-045 | Inmate Name: | TAYLOR, DAVID N |
|---|---|---|---|

## Housing Status

___ confined to the living quarters except ___ meals ___ pill line ___ treatments    Exp. Date: _____

___ on complete bed rest: _____ bathroom privileges only    Exp. Date: _____

**X** cell: ___ cell on first floor ___ single cell **X** lower bunk ___ airborne infection isolation   Exp. Date: 07/30/2021

___ other: _____    Exp. Date: _____

## Physical Limitation/Restriction

___ all sports    Exp. Date: _____

___ weightlifting: ___ upper body ___ lower body    Exp. Date: _____

___ cardiovascular exercise: ___ running ___ jogging ___ walking ___ softball    Exp. Date: _____
         ___ football ___ basketball ___ handball ___ stationary equipment

___ other: _____    Exp. Date: _____

## May have the following equipment in his / her possession:

## Work Restriction / Limitation:

Cleared for Food Service: **Yes**

**X** No Restrictions

**Comments:** Care level 1

| Udegbunam, Ukamaka M NP-C | 07/30/2020 |
|---|---|
| Health Services Staff | Date |

| Inmate Name: | **TAYLOR, DAVID N** | Reg #: | **13682-045** | Quarters: | **H04** |
|---|---|---|---|---|---|

*ALL EXPIRATION DATES ARE AT 24:00*

Case 4:07-cr-00105-GAF   Document 63   Filed 11/15/21   Page 25 of 40

# 7

| Complex: | MIL--MILAN FCI | Begin Date: N/A | End Date: N/A |
|---|---|---|---|
| Inmate: | TAYLOR, DAVID N | Reg #: 13682-045 | Quarter: H04-227L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:** Denied

## Active Prescriptions

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT
*SHAKE WELL* & Inhale 2 puffs (separated by 1 to 5 minutes) by mouth up to four times daily AS NEEDED for shortness of breath
Expected Peak Flow (PF): 490-610 5/13
Actual Peak Flow: 550 5/17

| **Rx#:** 166724-MIL | **Doctor:** Ahmed, F. MD/CD | |
|---|---|---|
| **Start:** 07/30/20 | **Exp:** 07/30/21 | Pharmacy Dispensings: 42.5 GM in 125 days |

Fluticasone Prop HFA 220mcg, 12gm inh
MUST USE daily FOR PROPER ASTHMA CONTROL. shake well & Inhale one puff by mouth twice daily rinse mouth after use & spit (to last 60 days)

| **Rx#:** 170581-MIL | **Doctor:** Udegbunam, Ukamaka M NP-C | |
|---|---|---|
| **Start:** 11/12/20 | **Exp:** 04/05/21 | Pharmacy Dispensings: 0 GM in 20 days |

Fluticasone Prop 50mcg, 16ml Nasal spry
instill 1 spray into each nostril daily (to last 60 days)

| **Rx#:** 166651-MIL | **Doctor:** Udegbunam, Ukamaka M NP-C | |
|---|---|---|
| **Start:** 07/30/20 | **Exp:** 07/30/21 | Pharmacy Dispensings: 32 ML in 125 days |

# 8



CENTRAL CAMPUS
2111 Emmons Road • Jackson, MI 49201-8399
517.787.0800 • www.jccmi.edu

Dear David Taylor,

**CONGRATULATIONS,** you have been named to the 2020 fall semester Dean's List at Jackson College!

The Dean's List recognizes students who achieve a grade point average of 3.5 or higher for full-time enrollment; part-time students are recognized for achieving a cumulative 3.5 GPA after completing a total of 12, 24, 36, 48, 60, 72, 84 and 96 credit hours. This is an outstanding academic achievement! Your GPA of 4.00 entitles you to be included. **YOUR COMMITMENT AND DEDICATION** to your studies are commendable.

At Jackson College, **WE ARE COMMITTED TO STUDENT SUCCESS.** We applaud your accomplishment and hope it builds to even greater success in the future. **WELL DONE!**

Sincerely,

Dr. Daniel J. Phelan
President & Chief Executive Officer

BOARD OF TRUSTEES

Sam R. Barnes, Chairman • John M. Crist, Vice Chairman • Sheila A. Patterson, Secretary • Donna L. Lake, Treasurer
Matthew R. Heins, Trustee • Philip E. Hoffman, Trustee • Dr. Edward A. Mathein, Trustee • Dr. Daniel J. Phelan, President & CEO

# 21/SP Report Card



| Course | Registered Credits | Grade |
|--------|-------------------|-------|
| BUA-220 | 3 | 4.0 |
| COM-240 | 3 | 4.0 |

| Term GPA | Cumulative GPA | Cumulative Credits |
|----------|----------------|---------------------|
| 4.00 | 4 | 24 |

| Grading | System |
|---------|--------|
| 4.0 | Excellent |
| 3.5 | |
| 3.0 | Superior |
| 2.5 | |
| 2.0 | Average* |
| 1.5 | |
| 1.0 | Inferior |
| 0.5 | |
| 0.0 | Not Passing |

* 2.0 and above meets degree and transfer eligibility requirements

David Taylor
13682-045
PO Box 1000
Milan, MI 48160

**9**

# MEMORANDUM

To whom it may concern,

     Mr. David Nathaniel Taylor has worked for the Quality Assurance Department here at Milan, Michigan since March 24, 2012. He has performed admirably as a quality assurance technician, able to fulfill the duties in our press, welding, powder coat, assembly, and warehouse departments. In December 01, 2013 he converted to the business office, where he continued as a Q.A. in clerical duties. Performing in transportation billing, accounting, cost of quality assessment, damaged freight reimbursement, and assisting in Q.A. training. David never hesitates to assist other workers when the need arises.

     To anyone considering employment, I would recommend Mr. Taylor as a caring and hard working employee who has the ethical standards desired by an employer.

Please feel free to call or e-mail me.

**unicor**

**Jayson Reyes Morales**
**Quality Assurance Manager**
**Federal Correctional Institution**
**Milan, Michigan**
**(734) 439-1511 EXT- 3291**
jmorales@central.unicor.gov
Jayson.Reyes.Morales@usdoj.gov

# **10**

11/01/2021

To whom it may concern:

I have been David Nathaniel Taylor's father since I married his mother 38 years ago in July of 1982. I legally adopted him and had his last name changed to mine in 1983. In spite of David's past substance abuse problems he has always been a good human being and a hard worker. He has never failed to excel in any line of work and to support his family. During David's incarceration I have seen him make great strides and growth in his character. In 2007, his mother and I were greatly pleased to see our son embrace a strong faith in God and to become active in church through which we have witnessed his desire to better himself and to help others in and out of prison. Currently he has completed the necessary credits to obtain a business degree with Jackson College and has a 4.0 GPA for which I am not surprised, but very proud.

A year ago, in July 2020 my wife and I were contacted by the Justice Department saying our son was being released through the Cares Act. A lady from probation and parole came to our house to approve our residence for David's release. She told us that day that she was approving the residence and that David would be home in 30 days. Through communication with David we know that he had signed all the paperwork on his end to be released all the way up to the warden. To our great disappointment and for whatever reason the prison didn't follow through with the release of our son. Then shortly after that David's mother passed away on August 26, 2020.

David is my only son and heir to all I own. I have great faith and know for a fact that whenever David is released he will be a great blessing to me, his employer, and our community around him. Upon release, David has my full support, a home, a car, and a multitude of resources. I look forward to that day as I absolutely need and want my son home with me.

Thank you kindly,

Donald Wayne Taylor
31 Dunedin Drive
Bella Vista, AR 72714
816-721-1420

# 11

# DAVID N. TAYLOR 13682-045
## 31 DUNEDIN DR. • BELLA VISTA, ARKANSAS 72715

## WORK HISTORY

| | | | |
|---|---|---|---|
| March 2012 to present | UNICOR FPI | FCI Milan | Milan, MI |

- Q.A. Inspector
- Scrap & Rework Cost Analysis Clerk
- Cargo Claim Reimbursement
- Accounting Clerk
- Transportation Clerk
- SAP – computer operating system

| | | | |
|---|---|---|---|
| 1990 to 1992 | George Owens Nature Park | City of Independence | Independence, Mo |

- Assistant park supervisor

| | | |
|---|---|---|
| 1993 to 1994 | Grafitan/Haldex Corporation | Blue Springs, Mo |

- Assembly line worker

| | | |
|---|---|---|
| 1995 to 2003 | Boyd's Happy Campers | Liberty, Mo |

- Mechanic – Maintenance, Basic Repairs, Trailer hitches & Wiring Harnesses
- Porter -  Transportation, Detailing, Carpet Cleaning, New Owner Walk-thru
- RV technician – HVAC, Plumbing, Refrigeration, Generators, Electrical, Welding, Etc.
- Propane – Maintenance, Refilling, transport, & sales

| | | |
|---|---|---|
| 2003 to 2007 | Atlantis Drainage Solution | Kansas City, Mo |

- Lead Foreman, Project Management, Sales & Estimates
- Daily Heavy Equipment use: Backhoe, Bobcat, Trencher, Trailers, Dump Truck
- Drain tile systems, Sump pump installation, Crack repair, Epoxy injection
- Welding, Hydraulic Steel Piering & Foundational Supports, Mud Jacking
- French Drains, Buried Down Spouts, Collection Drains, Re-grading

| | | |
|---|---|---|
| 2008 to 2010 | Education Department, FCI Oxford prison | Oxford, Wi |

- GED / ESL Instructor

| | | |
|---|---|---|
| 2010 to 2012 | HVAC & STEAMFITTING, FCI Milan prison mechanical services | Milan, Mi |

- Refrigeration  Maintenance
- Chiller & Cooling Tower Maintenance
- Basic HVAC pre-Maintenance
- Minor Duct & Sheet metal Work
- Basic Electrician Skills & Knowledge

## EDUCATION

| | | |
|---|---|---|
| 1980 to 1990 | Eagle Scout of Boy Scout Troop 347 @ Ridgewood/Pleasant Heights | Independence, Mo |
| 1988 to 1992 | Graduated William/Chrisman High School | Independence, Mo |
| 1990 to 1992 | Graduated Joe Herndon AVTS / HVAC | Raytown, Mo |
| March 2003 | Passed certification test HVAC universal license | University of Arizona |

| 2010 to 2020 | UNICOR FPI | | Milan, MI |
|---|---|---|---|

Professional development training in:
- 5 S's Workplace Organization
- Accounting Clerk Training
- AutoCad 2015 2D
- AutoCad 2015 3D
- AutoCad 2015 Residential Housing
- Basic Machining
- Blueprint Reading
- Clerk Training
- Controlled Documents
- CQIA Training 2020
- CQIA Certification 2021
- Gage Mentoring
- ISO Auditor
- Lean Manufacturing Principles
- Lean Six Sigma Practices
- Microsoft Office
- Powder Coat Training
- Press/Die setter Training
- Q.A Training
- SPC Statistical Process Controls
- SPC Workout
- Transportation Clerk Training
- Welding Training

**2020 - 2021**  JACKSON COLLEGE                                                          JACKSON, MI

| JANUARY 2020 – SEPTEMBER 2021 | CREDITS | GPA |
|---|---|---|
| FYS-131 NAVIGATING COLLEGE & LIFE | 2 | 4.0 |
| ENG-131 ENGLISH WRITING | 3 | 4.0 |
| BUA-100 CONTEMPORARY BUSINESS | 3 | 4.0 |
| ACC-231 PRINCIPLES OF ACCOUNTING | 4 | 4.0 |
| BUA-250 BUSINESS LAW | 3 | 4.0 |
| BUA-111 PERSONAL FINANCE | 3 | 4.0 |
| BUA-220 PRINCIPLES OF MANAGEMENT | 3 | 4.0 |
| COM-240 INTERPERSONAL COMMUNICATION | 3 | 4.0 |
| | 24 | 4.0 |

CURRENTLY ENROLLED IN FALL 2021 SEMESTER:

| | CREDITS | |
|---|---|---|
| GEO-131 PHYSICAL GEOGRAPHY | 3 | |
| GEO-133 PHYSICAL GEOGRAPHY LAB | 2 | |
| MAT-133 PROBABILITY & STATISTICS | 4 | |



# *American Society for Quality*

## *David N. Taylor*

*has satisfactorily fulfilled the requirements established
by the Society for professional attainment in*

## *Quality Improvement*

*and is, therefore, certified by the Society as a*

## *Certified Quality Improvement Associate*

| | |
|---|---|
| *Certification Number* | *14808* |
| *Certification Date* | *2/21/2020* |



*Chair, Certification Board*

*Chair*



ASQ
Excellence Through Quality™

David N. Taylor

Certified Quality Improvement Associate

| Certificate Number | Date Issued |
|---|---|
| 14808 | 2/21/2020 |

April 7, 2020

65853202
David N. Taylor
UNICOR- FPI
4002 E Arkona Rd
Milan, MI 48160

Dear David N. Taylor:

CONGRATULATIONS! The Certification Council is pleased to announce that you have passed the written examination for the ASQ Certified Quality Improvement Associate Certification. You have reached an important milestone in your professional development.

Certification is not a license. It is peer recognition of proficiency in the prescribed body of knowledge. Please refer to your certification in terms which are consistent with the legal requirements and use of certification in the location in which you reside. We recommend that you refer to yourself as an "ASQ Certified Quality Improvement Associate." It is very important that you associate the Society with your certification.

Enclosed is your certificate and ASQ Code of Ethics. As a certified individual, the ASQ Code of Ethics should serve as your professional guide. Please review this information and call ASQ Headquarters if there are any discrepancies.

You can be rightfully proud of your certification as recognition of your professional knowledge by your peers in a professional society.

We look forward to your continued participation in the Society.

Sincerely,

Alan M. Bell, Chair
ASQ Certification Council

# ASQ Code of Ethics

## FUNDAMENTAL PRINCIPLES

ASQ requires its representatives to be honest and transparent. Avoid conflicts of interest and plagiarism. Do not harm others. Treat them with respect, dignity, and fairness. Be professional and socially responsible. Advance the role and perception of the quality professional.

## EXPECTATIONS OF A QUALITY PROFESSIONAL

### Act With Integrity and Honesty

1. Strive to uphold and advance the integrity, honor, and dignity of the quality profession.
2. Be truthful and transparent in all professional interactions and activities.
3. Execute professional responsibilities and make decisions in an objective, factual, and fully informed manner.
4. Accurately represent and do not mislead others regarding professional qualifications, including education, titles, affiliations, and certifications.
5. Offer services, provide advice, and undertake assignments only in your areas of competence, expertise, and training.

### Demonstrate Responsibility, Respect, and Fairness

1. Hold paramount the safety, health, and welfare of individuals, the public, and the environment.
2. Avoid conduct that unjustly harms or threatens the reputation of the Society, its members, or the quality profession.
3. Do not intentionally cause harm to others through words or deeds. Treat others fairly, courteously, with dignity, and without prejudice or discrimination.
4. Act and conduct business in a professional and socially responsible manner.
5. Allow diversity in the opinions and personal lives of others.

### Safeguard Proprietary Information and Avoid Conflicts of Interest

1. Ensure the protection and integrity of confidential information.
2. Do not use confidential information for personal gain.
3. Fully disclose and avoid any real or perceived conflicts of interest that could reasonably impair objectivity or independence in the service of clients, customers, employers, or the Society.
4. Give credit where it is due.
5. Do not plagiarize. Do not use the intellectual property of others without permission. Document the permission as it is obtained.

