IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | Case No. 07-00105-01-CR-W-GAF |
|  | ) |  |
| DAVID N TAYLOR, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

### ORDER GRANTING *PRO SE* MOTION FOR EXTENSION OF TIME

Now before the Court is defendant's *pro se* Motion for Extension of Time (Doc. #66) to file a reply to his pending *pro se* Motion to Reduce Sentence (Doc. #63). The Court having considered defendant's motion, it is

ORDERED that defendant's *pro se* Motion for Extension of Time (Doc. #66) is granted. Defendant is granted an extension of time to and including January 10, 2022, within which to file his reply to his pending *pro se* Motion to Reduce Sentence (Doc. #63).

                                                                      s/ Gary A. Fenner
                                                                      GARY A. FENNER, JUDGE
                                                                      UNITED STATES DISTRICT COURT

DATED: December 17, 2021