# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-00105-01-CR-W-GAF |
| ) | |
| DAVID TAYLOR, ) | |
| ) | |
| Defendant. ) | |

## ORDER DENYING *PRO SE* MOTION TO REDUCE SENTENCE

Now pending before the Court is defendant's *pro se* Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. #63). The Court having considered defendant's motion and considering all 18 U.S.C. § 3553 factors, including but not limited to the nature and circumstances of defendant's offense, his criminal history, the danger his release would present to the community, all relevant information in his pre-sentence report, the statutory and guideline range of punishment for his offense, together with the response of the Bureau of Prisons to the COVID-19 virus, defendant's *pro se* Motion to Reduce Sentence is DENIED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: January 10, 2022