IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 07-00105-01-CR-W-GAF |
| DAVID N. TAYLOR, | ) |
| Defendant. | ) |

## ORDER DENYING *PRO SE* MOTION FOR EMERGENCY RELEASE

Now before the Court is defendant's *pro se* Motion for Emergency Release (Doc. #75). The Court having considered defendant's motion, it is

ORDERED that the Government advised that the adjustments to defendant's release date requested by his motion herein had been granted by the Bureau of Prisons. Such being the case defendant's motion is dismissed as moot.

                                                    s/ Gary A. Fenner
                                                    GARY A. FENNER, JUDGE
                                                    UNITED STATES DISTRICT COURT

DATED: May 3, 2022